Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELBA L. AMAYA,<br><br>                                        Plaintiff,<br><br>-against-<br><br>EMPIRE STATE PROPERTIES, INC., AND LEFRAK ORGANIZATION, INC.,<br><br>                                        Defendants. | Case No.:<br>08-CV-2559<br><br><br><br>NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC. |

**PLEASE TAKE NOTICE THAT** defendant, LEFRAK ORGANIZATION, INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of In Re: World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH). LEFRAK ORGANIZATION, INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**WHEREFORE**, LEFRAK ORGANIZATION, INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
April 26, 2008

                                                Yours, etc.,

                                                **HARRIS BEACH PLLC**

                                                _____/s/_____
                                                Brian A. Bender, Esq. (BAB-0218)
                                                *Attorneys for Defendant*
                                                *LEFRAK ORGANIZATION, INC.*
                                               100 Wall Street
                                               New York, New York 10005
                                               (212) 687-0100

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELBA L. AMAYA,<br><br>                                     Plaintiff,<br><br>-against-<br><br>EMPIRE STATE PROPERTIES, INC., AND LEFRAK ORGANIZATION, INC.,<br>                                   Defendants. | Case No.:<br>08-CV-2559<br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on April 26, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

    1.    Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.

Dated:  New York, New York
          April 26, 2008

                                                /s/
                                        Brian A. Bender

275671.1

IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELBA L. AMAYA,

Plaintiff,

-against-

EMPIRE STATE PROPERTIES, INC., AND LEFRAK ORGANIZATION, INC.,

Defendants.

Case No.:
08-CV-2559

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.**

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*
100 Wall Street
New York, New York 10005
(212) 687-0100